DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEIONDRAY ANTONIO WIILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2395
_____

November 5, 2025

Appeal from the Circuit Court for Hillsborough County; G. Gregory
Green, Judge.

Blair Allen, Public Defender, and Clayton R. Kaeiser, Special Assistant
Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Laura Dempsey,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

LaROSE and SLEET, JJ., and CASE, JAMES R., ASSOCIATE SENIOR
JUDGE, Concur.

_____

Opinion subject to revision prior to official publication.